# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOANNE CRETNEY-TSOSIE, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>CREEKSIDE HOSPICE II, LLC, *et al.*, <br><br>Defendants. | Case No.: 2:13-cv-167-HDM |

## ORDER

The United States and Nevada having intervened in part of this action and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), and N.R.S. § 357.110, the Court rules as follows:

IT IS ORDERED that,

1. the Notice of Election to Intervene in Part and to Decline to Intervene in Part, and this Order be unsealed;

2. the United States and Nevada serve their Complaint upon defendants, together with this Order, within 90 days;

3. the relator's Complaint be unsealed upon the filing and service of the United States and Nevada's Complaint in Intervention;

4. the relator serve its Complaint upon defendants within 90 days;

5. all other papers or Orders on file in this matter shall remain under seal;

6. the seal be lifted on all other matters occurring in this action after the date of this Order;

7. as to the part of the action in which the United States and Nevada have declined to intervene, the parties shall serve all pleadings and motions filed in that part of the action, including

6

supporting memoranda, upon the United States and Nevada, as provided for in 31 U.S.C. § 3730(c)(3) and N.R.S. § 357.130(1). The United States and Nevada may order any deposition transcripts and are entitled to intervene in that part of the action, for good cause, at any time;

8. all orders of this Court shall be sent to the United States and Nevada; and that

9. should the relator or the defendant propose that the part of the action in which the United States and Nevada have declined to intervene be dismissed, settled, or otherwise discontinued, the Court will provide the United States and Nevada with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED,

This 14th day of August, 2014

United States District Judge

7