Kathleen McDermott (*pro hac vice*)
*Attorney in Charge*
Howard Young (*pro hac vice*)
John Cosgriff (*pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T 202.739.3000 |F 202.739.3001
Email:  kmcdermott@morganlewis.com

Charles H. McCrea (SBN #104)
*Local Counsel*
HEJMANOWSKI & MCCREA LLC
520 S. 4th St., Ste. 320
Las Vegas, NV 89101
T.  702.834.8777 | F 702.834.5262
Email:  chm@hmlawlv.com

*Attorneys for CREEKSIDE HOSPICE II, LLC,
SKILLED HEALTHCARE GROUP INC. and
SKILLED HEALTHCARE, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CREEKSIDE HOSPICE II, LLC, et al.,<br><br>Defendants,<br><br>AND ALL RELATED ACTIONS. | Case No.: 2:13-cv-00167-APG-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER (DKT. 72) AND MOTION TO STAY DISCOVERY AND FOR ALTERNATIVE DISCOVERY PLAN (DKT. 74)** |

By Minute Order issued April 15, 2015, the Court set a hearing on the parties' Stipulated Discovery Plan and Scheduling Order (DKT. 72) and Defendants' Motion to Stay Discovery and for Alternative Discovery Plan (DKT. 74) for April 21, 2015 at 9:30 AM.  Kathleen McDermott, lead counsel for Defendants, is unavailable on that date because it is also the date set for her

1

mother's funeral and has requested that the hearing be reset to any date convenient to the Court the following week.

In view of the foregoing, the parties hereby stipulate and agree that the hearing now scheduled for April 21, 2015 be vacated and reset to a date and time convenient to the Court after April 27, 2015.

| | |
|---|---|
| HEJMANOWSKI & MCCREA LLC | DANIEL G. BOGDEN<br>United States Attorney |
| By: /s/Charles H. McCrea<br>Charles H. McCrea (SBN #104)<br>520 S. 4th St., Ste. 320<br>Las Vegas, NV 89101 | District of Nevada<br><br>By: /s/Roger W. Wenthe<br>Roger G. Wenthe (SBN #8920)<br>Assistant United States Attorney |
| Kathleen McDermott (*pro hac vice*)<br>Howard Young (*pro hac vice*)<br>John Cosgriff (*pro hac vice*)<br>MORGAN LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 | 333 Las Vegas Boulevard South, Suite 5000<br>Las Vegas, Nevada 89101<br><br>BENJAMIN C. MIZER<br>Acting Assistant Attorney General<br>MICHAEL D. CRANSTON<br>RENEE BROOKER<br>JENELLE M. BEAVERS |
| *Attorneys for CREEKSIDE HOSPICE II, LLC, SKILLED HEALTHCARE GROUP INC. and SKILLED HEALTHCARE, LLC* | KAVITHA J. BABU<br>Attorneys, Civil Division<br>United States Department of Justice<br>Post Office Box 261, Ben Franklin Station<br>Washington, DC 20044<br><br>*Attorneys for UNITED STATES OF AMERICA* |

## [PROPOSED] ORDER

IT IS SO ORDERED.  The hearing on the parties' Stipulated Discovery Plan and Scheduling Order (DKT. 72) and Defendants' Motion to Stay Discovery and for Alternative Discovery Plan (DKT. 74) set for April 21, 2015 at 9:30 AM is vacated and reset for April 28, 2015, at 9:00 a.m., in LV Courtroom 3C.

DATED: April 16, 2015

_____
UNITED STATES MAGISTRATE JUDGE