DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorneys
Nevada Bar No. 8920
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Ph: 702-388-6336
Fax: 702-388-6787
Email: roger.wenthe@usdoj.gov

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
MICHAEL D. GRANSTON
RENÉE BROOKER
JENELLE M. BEAVERS
KAVITHA J. BABU
Attorneys, Civil Division
United States Department of  Justice
Post Office Box 261, Ben Franklin Station
Washington, DC  20044
Tel:  (202) 305-3941
Fax:  (202) 307-5788
Email: jenelle.beavers@usdoj.gov
Email: kavitha.j.babu@usdoj.gov

Attorneys for the United States

ADAM PAUL LAXALT
Nevada Attorney General
MARK KEMBERLING
Chief Deputy Attorney General
Bar No. 5388
555 East Washington Ave., Ste. 3900
Las Vegas, NV  89101
Telephone:  (702) 486-3420
Fax: (702) 486-3768
Email:  mkemberling@ag.nv.gov

Attorneys for the State of Nevada

///

///

///

///

///

///

1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF NEVADA, <br><br> Plaintiffs, <br><br> v. <br><br> CREEKSIDE HOSPICE II, LLC, SKILLED HEALTHCARE GROUP INC. and SKILLED HEALTHCARE, LLC, <br><br> Defendants. | Case No.: 2:13-cv-00167-APG-PAL |
| UNITED STATES OF AMERICA, *ex rel.* JOANNE CRETNEY-TSOSIE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CREEKSIDE HOSPICE II, LLC, *et al.*, <br><br> Defendants. | |
| UNITED STATES OF AMERICA, *ex rel.* VENETA LEPERA, <br><br> Plaintiffs, <br><br> v. <br><br> SKILLED HEALTHCARE, LLC, *et al.*, <br><br> Defendants. | |

**UNITED STATES AND STATE OF NEVADA'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO AMEND PLEADINGS**

The United States and the State of Nevada respectfully move the Court for a 30 day extension of the deadline to amend pleadings pursuant to Fed. R. Civ. P. 15(a)(1), as set forth in the April 13, 2015 Scheduling Order (Dkt. No. 70). The defendants and relators do not oppose this request.

The amendments which the United States will make relate only to the dismissal of the Medicaid claims and the correction of certain typographical errors.  No new claims will be added.  The undersigned attorneys with primary responsibility to litigate this matter must seek authority from the appropriate officials at the Department of Justice to make the intended amendments and anticipate that this process will be completed within 30 days.  Counsel for Creekside advised that Creekside does not object to the extension of time to file an Amended Complaint based on the understanding that the extension and Amended Complaint will not affect the current scheduling order or the pending motion to dismiss.  Creekside reserves the right to object to the Amended Complaint.

For the foregoing reasons, the United States and Nevada respectfully request a 30 day extension of the deadline to amend pleadings pursuant to Fed. R. Civ. P. 15(a)(1) until, and including, July 27, 2015.

Dated:  June 26, 2015

    Respectfully submitted,

    BENJAMIN C. MIZER
    Principal Deputy Assistant Attorney General

    DANIEL G. BOGDEN
    United States Attorney
    District of Nevada

    By:  /s/ *Kavitha J. Babu*

    ROGER W. WENTHE
    Assistant United States Attorney
    Nevada Bar No. 8920
    U.S. Attorney's Office
    333 Las Vegas Boulevard South, Suite5000
    Las Vegas, Nevada 89101
    Ph: 702-388-6336
    Fax: 702-388-6787
    Email: roger.wenthe@usdoj.gov

| | |
|---|---|
| 1 | |
| 2 | MICHAEL D. GRANSTON |
| | RENÉE BROOKER |
| 3 | JENELLE M. BEAVERS |
| | KAVITHA J. BABU |
| 4 | Attorneys, Civil Division |
| | United States Department of Justice |
| 5 | Post Office Box 261, Ben Franklin Station |
| | Washington, DC  20044 |
| 6 | Tel:  (202) 305-3941 |
| | Fax:  (202) 307-5788 |
| 7 | Email: jenelle.beavers@usdoj.gov |
| | Email: kavitha.j.babu@usdoj.gov |

Attorneys for the United States

ADAM PAUL LAXALT
Nevada Attorney General
MARK KEMBERLING
Chief Deputy Attorney General
Bar No. 5388
555 East Washington Ave., Ste. 3900
Las Vegas, NV  89101
Telephone:  (702) 486-3420
Fax: (702) 486-3768
Email:  mkemberling@ag.nv.gov

By: /s/ *Mark Kemberling*
Chief Deputy Attorney General

Attorneys for the State of Nevada

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF NEVADA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CREEKSIDE HOSPICE II, LLC, SKILLED HEALTHCARE GROUP INC. and SKILLED HEALTHCARE, LLC,<br><br>　　　　Defendants. | Case No.: 2:13-cv-00167-APG-PAL |

## [PROPOSED] ORDER

Pursuant to the United States and the State of Nevada's Unopposed Motion for Extension of Time to Amend Pleadings, the request for a 30 day extension is GRANTED and it is ORDERED that the last day for the parties to amend pleadings pursuant to Fed. R. Civ. P. 15(a)(1) shall be July 27, 2015.

DATED: July 1, 2015

United States District Judge/
United States Magistrate Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on the persons shown, by the method shown, on the date shown.

<u>CM/ECF</u>

All counsel of record

Dated: June 26, 2015

                                           /s/ *Kavitha J. Babu*
                                          KAVITHA J. BABU