**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | Case No. 2:13-cv-00167-APG-PAL |
| Plaintiffs, | |
| v. | **ORDER DENYING MOTION TO DISMISS AS MOOT** |
| CREEKSIDE HOSPICE II, LLC, *et al.*, | (Dkt. #65) |
| Defendants. | |

In light of the Third Amended Complaint (Dkt. #92) and the updated motion to dismiss (Dkt. #98),

IT IS ORDERED that the defendants' motion to dismiss **(Dkt. #65) is DENIED as moot**.

DATED this 25th day of August, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE