UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>Plaintiffs,<br>v.<br>CREEKSIDE HOSPICE II, LLC, et al.,<br><br>Defendants. | Case No. 2:13-cv-00167-APG-PAL<br><br>ORDER<br><br>(Mot Stay Disc. – Dkt. #106)<br>(Mot WD or Seal – Dkt. #110) |

Before the Court is Defendants' Emergency Motion to Stay Discovery Pending the Hearing on Creekside's Motion to Enforce Order Scheduled for September 24, 2015 (Dkt. #106). Also before the Court is the Motion to Withdraw, Strike or Seal (Dkt. #110) addressing Exhibit B attached to Defendants' Reply to Opposition to Emergency Motion to Stay Discovery (Dkt. #108). The Court has reviewed the Motions, the United States Response (Dkt. #107), Defendants' Reply (Dkt. #118) and Defendants' Errata to Reply (Dkt. #109).

The court has had the opportunity to briefly review, but not study the parties' moving and responsive papers. A hearing on Creekside's motion to enforce this court's prior order is scheduled for September 24, 2015. Having preliminarily reviewed and considered the request to stay all discovery, the court will grant the motion to the limited extent that a temporary stay will be entered precluding the deposition of Defendants' current and former employees from going forward as currently scheduled before the hearing. The court will not, however, stay all discovery and the depositions of non-party witnesses whose depositions have been noticed and confirmed.

**IT IS ORDERED** that:

1. Plaintiffs' Emergency Motion to Stay Discovery (Dkt. #106) is **GRANTED** to the limited extent that the court will issue a temporary protective order precluding the

1

depositions of Defendants' current and former employees who have been scheduled before the hearing.  The motion is **DENIED** in all other respects.

2. The Motion to Withdraw, Strike or Seal Portion of Exhibit B (Dkt. #110) is **GRANTED.**  As Dkt # 109 replaces Dkt #108 with the exception of Exhibit B, Dkt # 108 is stricken and Exhibit B is sealed.

DATED this 3rd day of September, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE