# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | Case No. 2:13-cv-00167-APG-PAL |
| Plaintiffs, | |
| v. | **ORDER DENYING ALL PENDING MOTIONS AND CONTINUING STAY** |
| CREEKSIDE HOSPICE II, LLC, *et al.*, | (ECF Nos. 98, 123, 144) |
| Defendants. | |

In light of the parties' joint status report (ECF No. 161) indicating they have settled this action and request for the stay to continue,

IT IS ORDERED that all pending motions **(ECF NOS. 98, 123, 144) are DENIED without prejudice as moot**.

IT IS FURTHER ORDERED that this case shall remain stayed until November 15, 2016. By that date, the parties shall file a stipulation to dismiss the case or a status report regarding their efforts to complete the settlement.

DATED this 2nd day of September, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE