**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA                    )
                                            )
            Plaintiff,                      )
                                            )
        v.                                  )
                                            )
CREEKSIDE HOSPICE II, LLC, SKILLED          )
HEALTHCARE GROUP INC. and SKILLED           )
HEALTHCARE, LLC,                            )
                                            )
            Defendants.                     )     Case No.: 2:13-cv-00167-APG-PAL
_____    )
                                            )
UNITED STATES OF AMERICA, *ex rel.*         )
JOANNE CRETNEY-TSOSIE, *et al.*,            )
                                            )
            Plaintiffs,                     )
                                            )
        v.                                  )
                                            )
CREEKSIDE HOSPICE II, LLC, *et al.*,        )
                                            )
            Defendants.                     )
_____    )
                                            )
UNITED STATES OF AMERICA, *ex rel.*         )
VENETA LEPERA,                              )
                                            )
            Plaintiffs,                     )
                                            )
        v.                                  )
                                            )
SKILLED HEALTHCARE, LLC, *et al.*,          )
                                            )
            Defendants.                     )
                                            )

## <u>MOTION TO WITHDRAW COUNSEL</u>

Pursuant to Local Rule 1A 10-6, the United States of America, by and through its

undersigned counsel, respectfully moves the Court to withdraw  Jenelle M. Beavers, Trial Attorney,

United States Department of Justice, as counsel for the United States in this matter.  Ms. Beavers

will be leaving the Department of Justice on September 21, 2016.  The United States will continue to be represented by counsel in this case and, pursuant to Local Rule 1A 10-6(e), no delay of discovery or trial or any hearing in the case will result from this withdrawal.

Dated:  September 14, 2016

Respectfully,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

DANIEL G. BOGDEN
United States Attorney

_/s/ Roger Wenthe_
ROGER WENTHE
Assistant United States Attorney

MICHAEL D. GRANSTON
RENÉE BROOKER
JENELLE M. BEAVERS
MICHAEL J. PODBERESKY
Attorneys, Civil Division

IT IS SO ORDERED this 15th day of September, 2016.

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of September, 2016, a true and correct copy of the foregoing document was filed with the Court using the Court's CM/ECF system and was served upon each attorney of record via ECF notification.

_/s/ Jenelle M. Beavers_
Jenelle Beavers