DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Ph: 702-388-6336
Fax: 702-388-6787
Email: roger.wenthe@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CREEKSIDE HOSPICE II, LLC, et al., <br><br> Defendants, <br><br> AND ALL RELATED ACTIONS. | Case No.: 2:13-cv-00167-APG-PAL <br><br><br> **JOINT STATUS REPORT** |

Plaintiffs United States of America, Joanne Cretney-Tsosie, and Veneta Lepera and Defendants Creekside Hospice II, LLC, Skilled Healthcare Group, Inc., and Skilled Healthcare, LLC (all hereinafter referred to as "Creekside"), submit the foregoing Joint Status Report pursuant to the Court's September 2, 2016 Order granting the parties' Joint Motion to Stay Action Until November 15, 2016. (Dkt. #162).

**I.      Background and Status of Discovery**

This action is brought by the United States and Relators Joanne Cretney-Tsosie and Veneta Lepera under the False Claims Act against a hospice provider, Creekside Hospice, and its corporate parent, Skilled Healthcare. The gravamen of the action is that Creekside violated the False Claims

1


Act by knowingly submitting or causing the submission of false claims to Medicare for reimbursement for hospice services for patients who were ineligible for coverage in the time period 2010 to 2013. These allegations are disputed and Creekside filed a motion to dismiss the action in August 2015 and that motion is pending. (Dkt. #98). Discovery commenced in June 2015 and is not completed by the parties. There is no Scheduling Order in this action. The parties' unresolved discovery disputes are set forth in Status Reports that were filed in September 2015. (Dkt. #111-13). A temporary stay against depositions of current and former employees was granted by the Court in September 2015, and no expert discovery has occurred. (Dkt. #114).

Throughout 2016, the United States and Creekside engaged in significant and productive discussions pertaining to settlement of the action. The parties filed a Joint Unopposed Motion to Stay Action for Ninety Days Pending Settlement Discussions on June 2, 2016 (Dkt. #159). The Court granted that Motion on June 15, 2016. (Dkt. #160). On September 1, 2016, the parties filed a joint Motion to Continue Stay until November 15, 2016 (Dkt. #161), which the court granted on September 2, 2016 (Dkt. #162).

**II.     Settlement Agreement**

The United States and Creekside have reached an agreement in principle pertaining to settlement of the action. Due to the complexity of the settlement, which is a global agreement with Creekside's parent company that covers several matters in addition to this case, the parties need additional time to finalize the terms of the written agreement. The parties also need additional time to obtain the necessary approvals for the proposed settlement, including the approval of the Principal Deputy Assistant Attorney General for the Civil Division and the United States Attorney for the District of Nevada.

**III.    Motion to Continue the Court's September 2, 2016 Order Staying this Action**

The parties respectfully request that the Court continue its stay until January 6, 2017, in order to give the parties time to obtain the necessary approvals for the proposed settlement and to execute the agreement and submit dismissal papers to the Court.  A stay will assure that the Court does not engage in case activity unnecessarily and will reduce the burden and expense of the litigation process for the parties.  A Motion to Continue Stay Until January 6, 2017, and proposed order accompanies this Joint Status Report.

Dated:  November 3, 2016          Respectfully submitted,

*Counsel for Plaintiff*

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
DANIEL G. BOGDEN
United States Attorney

  /s/ Roger Wenthe
ROGER WENTHE
Assistant United States Attorney

MICHAEL D. GRANSTON
RENÉE BROOKER
JENELLE M. BEAVERS
MICHAEL PODBERESKY
Attorneys, Civil Division

*Counsel for Defendants Creekside Hospice II, LLC, Creekside Home Care II, LLC, Skilled Healthcare Group, Inc. and Skilled Healthcare, LLC.*

/s/ *Kathleen McDermott*
Kathleen McDermott (*pro hac vice*)
*Attorney in Charge*
Howard Young (*pro hac vice*)
Lucas Elliot (*pro hac vice*)
Clayton Morton (*pro hac vice*)
John Cosgriff (*pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T 202.739.3000 | F 202.739.3001
Email:  kmcdermott@morganlewis.com

Charles H. McCrea (SBN #104)
HEJMANOWSKI & MCCREA LLC

3

520 S. 4th St., Ste. 320
Las Vegas, NV 89101
T 702.834.8777 | F 702.834.5262
Email: chm@hmlawlv.com

*Counsel for the Relators*

L. Timothy Terry (NV Bar #2341)
tim@theterrylawfirm.com
The Terry Law Firm, Ltd.
P.O. Box 2348
Carson City, NV 89702
775.883.2348

Steven Cohen (*pro hac vice*)
scohen@cohenlawgroup.com
Cohen Law Group
70 West Madison Street, Suite 4000
Chicago IL 60602
312.327.8800

Matthew J. Piers (*pro hac vice*)
mpiers@hsplegal.com
Joshua Karsh (*pro hac vice*)
jkarsh@hsplegal.com
Juliet Berger-White (*pro hac vice*)
jberger-white@hsplegal.com
Caryn Lederer
clederer@hsplegal.com
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
312.580.0100
By: /s/     Juliet Berger-White
Attorneys for Plaintiff/Relator Joanne Cretney-Tsosie


Ruth L. Cohen, Esq. (NV Bar No: 1782)
Email: rlc@paulpaddalaw.com
Paul S. Padda, Esq. (NV Bar No. 10417)
Email: psp@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tel: 702.366.1888
Fax: 702.366.1940

4

| | |
|---|---|
| 1 | By: /s/      Paul S. Padda |
| 2 | Attorneys for Relator Veneta Lepera |

DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Ph: 702-388-6336
Fax: 702-388-6787
Email: roger.wenthe@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No.: 2:13-cv-00167-APG-PAL |
| Plaintiffs, | **JOINT MOTION TO CONTINUE STAY UNTIL JANUARY 6, 2017** |
| v. | |
| CREEKSIDE HOSPICE II, LLC, et al., | |
| Defendants, | |
| AND ALL RELATED ACTIONS. | |

Plaintiffs United States of America, Joanne Cretney-Tsosie, and Veneta Lepera and Defendants Creekside Hospice II, LLC, Skilled Healthcare Group, Inc., and Skilled Healthcare, LLC (all hereinafter referred to as "Creekside"), jointly move to continue the stay in this action until January 6, 2017, based upon an agreement in principle between the United States and Creekside to settle this action.  A stay will allow the parties to execute the agreement and file the necessary paperwork with the Court to dismiss the action.  This stay will prevent additional burden on the Court and unnecessary burden and expense to the parties.  All parties to the action consent to the request for a stay.

**WHEREFORE,** Plaintiffs United States of America, et al., and Defendants' Creekside Hospice, et al., move this Honorable Court to:

    A.    Grant their Joint Motion to Continue Stay; and

    B.    Enter an order staying this case in its entirety until January 6, 2017.

Dated: November 3, 2016

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 7, 2016.

Respectfully submitted,

*Counsel for Plaintiff*

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
DANIEL G. BOGDEN
United States Attorney

 */s/ Roger Wenthe*
ROGER WENTHE
Assistant United States Attorney

MICHAEL D. GRANSTON
RENÉE BROOKER
JENELLE M. BEAVERS
MICHAEL PODBERESKY
Attorneys, Civil Division

*Counsel for Defendants Creekside Hospice II, LLC, Creekside Home Care II, LLC, Skilled Healthcare Group, Inc. and Skilled Healthcare, LLC.*

/s/ *Kathleen McDermott*
Kathleen McDermott (*pro hac vice*)
*Attorney in Charge*
Howard Young (*pro hac vice*)
Lucas Elliot (*pro hac vice*)
Clayton Morton (*pro hac vice*)
John Cosgriff (*pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T 202.739.3000 | F 202.739.3001
Email: kmcdermott@morganlewis.com

Charles H. McCrea (SBN #104)
HEJMANOWSKI & MCCREA LLC
520 S. 4th St., Ste. 320
Las Vegas, NV 89101

T 702.834.8777 | F 702.834.5262
Email: chm@hmlawlv.com

*Counsel for the Relators*

L. Timothy Terry (NV Bar #2341)
tim@theterrylawfirm.com
The Terry Law Firm, Ltd.
P.O. Box 2348
Carson City, NV 89702
775.883.2348

Steven Cohen (*pro hac vice*)
scohen@cohenlawgroup.com
Cohen Law Group
70 West Madison Street, Suite 4000
Chicago IL 60602
312.327.8800

Matthew J. Piers (*pro hac vice*)
mpiers@hsplegal.com
Joshua Karsh (*pro hac vice*)
jkarsh@hsplegal.com
Juliet Berger-White (*pro hac vice*)
jberger-white@hsplegal.com
Caryn Lederer
clederer@hsplegal.com
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
312.580.0100
By: /s/      Juliet Berger-White
Attorneys for Plaintiff/Relator Joanne Cretney-Tsosie


Ruth L. Cohen, Esq. (NV Bar No: 1782)
Email: rlc@paulpaddalaw.com
Paul S. Padda, Esq. (NV Bar No. 10417)
Email: psp@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tel: 702.366.1888
Fax: 702.366.1940
By: /s/      Paul S. Padda
Attorneys for Relator Veneta Lepera

8