Kathleen McDermott (*pro hac vice*)
*Attorney in Charge*
Howard Young (*pro hac vice*)
Lucas Elliot (*pro hac vice*)
Clayton Morton (*pro hac vice*)
John Cosgriff (*pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T 202.739.3000 | F 202.739.3001
Email: kmcdermott@morganlewis.com

Charles H. McCrea (SBN #104)
HEJMANOWSKI & MCCREA LLC
520 S. 4th St., Ste. 320
Las Vegas, NV 89101
T 702.834.8777 | F 702.834.5262
Email: chm@hmlawlv.com

*Attorneys for CREEKSIDE HOSPICE II, LLC,
SKILLED HEALTHCARE GROUP INC. and
SKILLED HEALTHCARE, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CREEKSIDE HOSPICE II, LLC, et al., <br><br> Defendants, <br><br> AND ALL RELATED ACTIONS. | Case No.: 2:13-cv-00167-APG-PAL <br><br> **JOINT STATUS REPORT** <br><br> **ORDER** |

     Plaintiffs United States of America, Joanne Cretney-Tsosie, and Veneta Lepera and Defendants Creekside Hospice II, LLC, Skilled Healthcare Group, Inc., and Skilled Healthcare, LLC (all hereinafter referred to as "Creekside"), submit the foregoing Joint Status Report

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

1

pursuant to the Court's September 2, 2016 Order (Dkt. #162) and the Court's November 7, 2016 Order granting the parties' Joint Motion to Stay Action Until January 6, 2017. (Dkt. #173).[1]

## I. Background and Status of Discovery

This action is brought by the United States and Relators Joanne Cretney-Tsosie and Veneta Lepera under the False Claims Act against a hospice provider, Creekside Hospice, and its corporate parent, Skilled Healthcare. The gravamen of the action is that Creekside violated the False Claims Act by knowingly submitting or causing the submission of false claims to Medicare for reimbursement for hospice services for patients who were ineligible for coverage in the time period 2010 to 2013. These allegations are disputed and Creekside filed a motion to dismiss the action in August 2015. (Dkt. #98).[2] Discovery commenced in June 2015 and is not completed by the parties. There is no Scheduling Order in this action. The parties' unresolved discovery disputes are set forth in Status Reports that were filed in September 2015. (Dkt. #111-13). A temporary stay against depositions of current and former employees was granted by the Court in September 2015, and no expert discovery has occurred. (Dkt. #114).

Throughout 2016, the United States and Creekside engaged in significant and productive discussions pertaining to settlement of the action. The parties filed a Joint Unopposed Motion to Stay Action for Ninety Days Pending Settlement Discussions on June 2, 2016 (Dkt. #159). The Court granted that Motion on June 15, 2016. (Dkt. #160). On September 1, 2016, the parties filed a joint Motion to Continue Stay until November 15, 2016 (Dkt. #161), which the court granted on September 2, 2016 (Dkt. #162). On November 7, 2016 the Court extended the stay until January 6, 2017. (Dkt. #173).

---

[1] Counsel for Relator Lepera approved an earlier draft of this Status Report but did not reply when asked to approve this final version.
[2] In light of the parties' agreement in principle to settle the dispute, the Court dismissed without prejudice Creekside's Motion to Dismiss as moot. (Dkt. #162).

Morgan, Lewis & Bockius LLP
Attorneys at Law
Washington, D.C.

2

## II. Settlement Agreement and Other Outstanding Issues

The United States and Creekside have reached an agreement in principle pertaining to settlement of the action. The parties need additional time to obtain the necessary approvals for the proposed settlement, including the approval of the Principal Deputy Assistant Attorney General for the Civil Division and the United States Attorney for the District of Nevada.

In addition, Relator Cretney-Tsosie and Defendants are currently negotiating Relator's statutory attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d). If these negotiations are not successfully concluded by the time this action is dismissed, Relator Cretney-Tsosie will file a motion for attorneys' fees consistent with Local Rule 54-14.

Finally, in the event Relator Cretney-Tsosie and the Government are unable to reach an agreement as to the percentage for her relator's award pursuant to 31 U.S.C. § 3730(d), Relator Cretney-Tsosie will file a motion with the Court to resolve the share issue.

## III. Motion to Continue the Court's November 7, 2016 Order Staying this Action

The parties respectfully request that the Court continue its stay until February 28, 2017 in order to give the parties time to obtain the necessary approvals for the proposed settlement and to execute the agreement and submit dismissal papers to the Court. The parties request that the stay exclude adjudication of Plaintiff/Relator Cretney-Tsosie's Motion to Dismiss the Complaint of Plaintiff/Relator Lepera ("Motion to Dismiss"), ECF No. 166, which is now fully briefed and raises an issue that will not be resolved by the Settlement Agreement. A stay will assure that the Court does not engage in case activity unnecessarily and will reduce the burden and expense of the litigation process for the parties. A Motion to Continue Stay Until February 28, 2017 and proposed order accompanies this Joint Status Report.

Morgan, Lewis & Bockius LLP
Attorneys at Law
Washington, D.C.

| | | |
|---|---|---|
| 1 | Dated: January 6, 2017 | Respectfully submitted, |

*Counsel for Defendants Creekside Hospice II, LLC, Creekside Home Care II, LLC, Skilled Healthcare Group, Inc. and Skilled Healthcare, LLC.*

/s/ *Kathleen McDermott*
Kathleen McDermott (*pro hac vice*)
*Attorney in Charge*
Howard Young (*pro hac vice*)
Lucas Elliot (*pro hac vice*)
Clayton Morton (*pro hac vice*)
John Cosgriff (*pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T 202.739.3000 | F 202.739.3001
Email: kmcdermott@morganlewis.com

Charles H. McCrea (SBN #104)
HEJMANOWSKI & MCCREA LLC
520 S. 4th St., Ste. 320
Las Vegas, NV 89101
T 702.834.8777 | F 702.834.5262
Email: chm@hmlawlv.com

*Counsel for Plaintiff*

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
DANIEL G. BOGDEN
United States Attorney

   /s/ *Roger Wenthe*
ROGER WENTHE
Assistant United States Attorney

MICHAEL D. GRANSTON
RENÉE BROOKER
MICHAEL PODBERESKY
Attorneys, Civil Division

*Counsel for the Relator*

L. Timothy Terry (NV Bar #2341)
tim@theterrylawfirm.com
The Terry Law Firm, Ltd.
102 N. Curry Street
Carson City, NV 89703
775.291.9071

Morgan, Lewis & Bockius LLP
Attorneys at Law
Washington, D.C.

| | |
|---|---|
| 1 | |
| 2 | Steven Cohen (*pro hac vice*) |
|   | scohen@cohenlawgroup.com |
| 3 | Cohen Law Group |
|   | 70 West Madison Street, Suite 4000 |
| 4 | Chicago IL 60602 |
|   | 312.327.8800 |
| 5 | |
| 6 | Matthew J. Piers (*pro hac vice*) |
|   | mpiers@hsplegal.com |
| 7 | Joshua Karsh (*pro hac vice*) |
|   | jkarsh@hsplegal.com |
| 8 | Juliet Berger-White (*pro hac vice*) |
|   | jberger-white@hsplegal.com |
| 9 | Caryn Lederer |
|   | clederer@hsplegal.com |
| 10 | Hughes Socol Piers Resnick & Dym, Ltd. |
|    | Three First National Plaza |
| 11 | 70 West Madison Street, Suite 4000 |
|    | Chicago, Illinois 60602 |
| 12 | 312.580.0100 |
| 13 | By: /s/       Juliet Berger-White |
|    | Attorneys for Plaintiff/Relator Joanne |
| 14 | Cretney-Tsosie |
| 15 | |
| 16 | Ruth L. Cohen, Esq. (NV Bar No: 1782) |
|    | Email:  rlc@paulpaddalaw.com |
| 17 | Paul S. Padda, Esq. (NV Bar No. 10417) |
|    | Email:  psp@paulpaddalaw.com |
| 18 | PAUL PADDA LAW, PLLC |
|    | 4240 West Flamingo Road, Suite 220 |
| 19 | Las Vegas, Nevada 89103 |
|    | Tel: 702.366.1888 |
| 20 | Fax: 702.366.1940 |
| 21 | By: /s/       Paul S. Padda |
|    | Attorneys for Relator Veneta Lepera |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Kathleen McDermott (*pro hac vice*)
*Attorney in Charge*
Howard Young (*pro hac vice*)
Lucas Elliot (*pro hac vice*)
Clayton Morton (*pro hac vice*)
John Cosgriff (*pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T 202.739.3000 | F 202.739.3001
Email: kmcdermott@morganlewis.com

Charles H. McCrea (SBN #104)
HEJMANOWSKI & MCCREA LLC
520 S. 4th St., Ste. 320
Las Vegas, NV 89101
T 702.834.8777 | F 702.834.5262
Email: chm@hmlawlv.com

*Attorneys for CREEKSIDE HOSPICE II, LLC,
SKILLED HEALTHCARE GROUP INC. and
SKILLED HEALTHCARE, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CREEKSIDE HOSPICE II, LLC, et al., <br><br> Defendants, <br><br> AND ALL RELATED ACTIONS. | Case No.: 2:13-cv-00167-APG-PAL <br><br> **JOINT MOTION TO CONTINUE STAY UNTIL FEBRUARY 28, 2017** <br><br> **ORDER** |

Plaintiffs United States of America, Joanne Cretney-Tsosie and Veneta Lepera and Defendants Creekside Hospice II, LLC, Skilled Healthcare Group, Inc., and Skilled Healthcare, LLC (all hereinafter referred to as "Creekside"), jointly move to continue the stay in this action until February 28, 2017, except for the Court's adjudication of Plaintiff/Relator Cretney-Tsosie's Motion to Dismiss the Complaint of Plaintiff/Relator Lepera ("Motion to Dismiss"), ECF No.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

6

166, which is fully briefed, based upon an agreement in principle between the United States and Creekside to settle this action, subject to approval of Department of Justice officials. A stay will allow the parties to obtain the necessary approvals, execute the agreement and file the necessary pleadings with the Court to dismiss the action. This stay will prevent additional burden on the Court and unnecessary burden and expense to the parties. All parties to the action consent to the request for a stay.

**WHEREFORE,** Plaintiffs United States of America, et al., and Defendants' Creekside Hospice, et al., move this Honorable Court to:

A. Grant their Joint Motion to Continue Stay; and

B. Enter an order staying this case in its entirety until February 28, 2017.

Dated: January 6, 2017

Respectfully submitted,

*Counsel for Defendants Creekside Hospice II, LLC, Creekside Home Care II, LLC, Skilled Healthcare Group, Inc. and Skilled Healthcare, LLC.*

/s/ *Kathleen McDermott*
Kathleen McDermott (*pro hac vice*)
*Attorney in Charge*
Howard Young (*pro hac vice*)
Lucas Elliot (*pro hac vice*)
Clayton Morton (*pro hac vice*)
John Cosgriff (*pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T 202.739.3000 | F 202.739.3001
Email: kmcdermott@morganlewis.com

**IT IS SO ORDERED.**

Dated: January 6, 2017.

_____
UNITED STATES DISTRICT JUDGE

Charles H. McCrea (SBN #104)
HEJMANOWSKI & MCCREA LLC
520 S. 4th St., Ste. 320
Las Vegas, NV 89101
T 702.834.8777 | F 702.834.5262
Email: chm@hmlawlv.com

*Counsel for Plaintiff*

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
DANIEL G. BOGDEN
United States Attorney

  /s/ Roger Wenthe
ROGER WENTHE
Assistant United States Attorney

MICHAEL D. GRANSTON
RENÉE BROOKER
MICHAEL PODBERESKY
Attorneys, Civil Division

*Counsel for the Relator*

L. Timothy Terry (NV Bar #2341)
tim@theterrylawfirm.com
The Terry Law Firm, Ltd.
102 N. Curry Street
Carson City, NV 89703
775.291.9071

Steven Cohen (*pro hac vice*)
scohen@cohenlawgroup.com
Cohen Law Group
70 West Madison Street, Suite 4000
Chicago IL 60602
312.327.8800

Matthew J. Piers (*pro hac vice*)
mpiers@hsplegal.com
Joshua Karsh (*pro hac vice*)
jkarsh@hsplegal.com
Juliet Berger-White (*pro hac vice*)
jberger-white@hsplegal.com
Caryn Lederer
clederer@hsplegal.com
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
312.580.0100
By: /s/      Juliet Berger-White
Attorneys for Plaintiff/Relator Joanne Cretney-Tsosie

1

2 Ruth L. Cohen, Esq. (NV Bar No: 1782)
Email: rlc@paulpaddalaw.com
3 Paul S. Padda, Esq. (NV Bar No. 10417)
Email: psp@paulpaddalaw.com
4 PAUL PADDA LAW, PLLC
4240 West Flamingo Road, Suite 220
5 Las Vegas, Nevada 89103
Tel: 702.366.1888
6 Fax: 702.366.1940
By: /s/     Paul S. Padda
7 Attorneys for Relator Veneta Lepera

8

9

10

11

12         IT IS SO ORDERED.

13

14         _____
           UNITED STATES DISTRICT JUDGE
15         UNITED STATES MAGISTRATE JUDGE

16         DATED: _____

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

9