# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOANNE CRETNEY-TSOSIE; and STATE OF NEVADA, ex rel. JOANNE CRETNEY-TSOSIE; and JOANNE CRETNEY-TSOSIE, individually.<br><br>Plaintiffs,<br><br>vs.<br><br>SKILLED HEALTHCARE GROUP, INC., *et al.*,<br><br>Defendants. | Case No. 2:13-cv-00167-APG-PAL<br>(Consolidated Case)<br><br>**ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), the Parties filed a Joint Stipulation of Dismissal. Upon consideration of the Stipulation, and the papers on file in this action,

IT IS HEREBY ORDERED that,

1. Consistent with the terms of the June 9, 2017 Settlement Agreement executed by the United States, Joanne Cretney-Tsosie (the "Relator"), and Genesis Healthcare, Inc. (the "Settlement Agreement"), which is incorporated herein, all claims asserted on behalf of the United States and Relator against Creekside concerning the Covered Conduct as defined in Recital E of the Settlement Agreement are dismissed with prejudice; and

2. Consistent with the terms of the Settlement Agreement, all other claims are dismissed without prejudice to the United States and with prejudice as to the Relator, except for the following: (a) Relator's claims for reasonable expenses necessarily incurred and reasonable attorney's fees and costs pursuant to 31 U.S.C. § 3730(d) and any claims or defenses by

Creekside related to any petition for attorney's fees or costs filed in connection with the action referenced in Paragraph B.1 of the Settlement Agreement; and (b) Relator's claim for the relator's share (*i.e.* the percentage of the settlement amount any qualified relators are entitled to receive under 31 U.S.C. § 3730(d)).

3. Consistent with the terms of the Settlement Agreement, the District Court of Nevada retains jurisdiction over (a) Relator's claim for reasonable expenses necessarily incurred and reasonable attorney's fees and costs pursuant to 31 U.S.C. § 3730 and any claims or defenses by Creekside related to any petition for attorney's fees or costs filed in connection with the action referenced in Paragraph B.1 of the Settlement Agreement; and (b) the determination of relator's share under 31 U.S.C. § 3730. Relator Cretney-Tsosie and Creekside will file a Motion to Stay the time for Relator Cretney-Tsosie to file any petition for attorneys' fees and costs under Local Rule 54-14 until the United States Court Appeals for the Ninth Circuit resolves Relator Veneta Lepera's appeal of this Court's order of March 30, 2017. (Dkt. 189). Following final resolution of the appeal, Relator and Creekside will notify the Court of the appeal disposition and, if applicable, a proposed schedule for Relator to file any petition for attorney's fees under Local Rule 54-14.

4. Consistent with the terms of the Settlement Agreement, the exclusive jurisdiction and venue for any other dispute relating to the Settlement Agreement is the United States District Court for the Northern District of California.

**IT IS SO ORDERED.**

Dated: 6/21/2017

_____
UNITED STATES DISTRICT JUDGE