Kathleen McDermott (*pro hac vice*)
*Attorney in Charge*
Howard Young (*pro hac vice*)
Lucas Elliot (*pro hac vice*)
Clayton Morton (*pro hac vice*)
John Cosgriff (*pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T 202.739.3000 | F 202.739.3001
Email: kmcdermott@morganlewis.com

Charles H. McCrea (SBN #104)
HEJMANOWSKI & MCCREA LLC
520 S. 4th St., Ste. 320
Las Vegas, NV 89101
T 702.834.8777 | F 702.834.5262
Email: chm@hmlawlv.com

*Attorneys for CREEKSIDE HOSPICE II, LLC,
SKILLED HEALTHCARE GROUP INC. and
SKILLED HEALTHCARE, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CREEKSIDE HOSPICE II, LLC, et al., <br><br> Defendants, <br><br> AND ALL RELATED ACTIONS. | Case No.: 2:13-cv-00167-APG-PAL <br><br> **ORDER GRANTING** <br> **JOINT MOTION TO STAY PETITION FOR ATTORNEYS' FEES AND COSTS UNDER LOCAL RULE 54-14** |

Plaintiff Relator Joanne Cretney-Tsosie ("Cretney-Tsosie") and Defendants Creekside Hospice II, LLC, Skilled Healthcare Group, Inc., and Skilled Healthcare, LLC (all hereinafter referred to as "Creekside"), jointly move to stay any determination of reasonable expenses necessarily incurred and reasonable attorneys' fees and costs, pending the Court of Appeals for the Ninth Circuit resolution of Relator Veneta Lepera's appeal of this court's March 30, 2017

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

1

order (Dkt. 189) granting Cretney-Tsosie's Motion to Dismiss the Complaint of Relator Veneta Lepera. (Dkt. 166), which resolved the first-to-file issue in Relator Cretney-Tsosie's favor, and denying Relator Veneta Lepera's Motion to Dismiss Relator Cretney-Tsosie (Dkt. 188).

I. **Argument**

This action was brought by the United States and Relators Joanne Cretney-Tsosie and Veneta Lepera under the False Claims Act against a hospice provider, Creekside Hospice, and its corporate parent, Skilled Healthcare. The gravamen of the action is that Creekside violated the False Claims Act by knowingly submitting or causing the submission of false claims to Medicare for reimbursement for hospice services for patients who were ineligible for coverage in the time period 2010 to 2013. These allegations were disputed and Creekside filed a motion to dismiss the action in August 2015. (Dkt. #98).[1]

On October 24, 2016, Cretney-Tsosie filed a Motion to Dismiss the Complaint of Plaintiff/Relator Veneta Lepera. (Dkt. 166). On March 29, 2017, Lepera filed a Motion to Dismiss for Lack of Jurisdiction. (Dkt. 188). On March 30, 2017 the Court held a hearing and granted Cretney-Tsosie's Motion to Dismiss and denied Lepera's Motion to Dismiss. On April 29, 2017, Lepera filed a Notice of Appeal of the Court's order dismissing her Complaint. (Dkt. 195). That appeal is pending before the United States Court of Appeals for the Ninth Circuit. *See Cretney-Tsosie v. Lepera*, Case Number 17-15894 (9th Cir.).

On June 9, 2017, Genesis Healthcare, Inc. ("Genesis"), the successor corporation to Skilled Healthcare and Creekside entered into a settlement agreement with the United States and Cretney-Tsosie, which resolves the allegations in this action and provides for a dismissal of the action. The parties filed a Joint Stipulation of Dismissal on June 20, 2017. Pursuant to the Settlement Agreement, Cretney-Tsosie's claims are dismissed with prejudice, except for the

---

[1] In light of the parties' agreement in principle to settle the dispute, the Court dismissed without prejudice Creekside's Motion to Dismiss as moot. (Dkt. #162).

2

following: (a) Cretney-Tsosie's claims for reasonable expenses necessarily incurred and reasonable attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d) and any claims or defenses by Genesis related to any petition for attorneys' fees or costs filed in connection with the action referenced in Paragraph B.1 of the Settlement Agreement; and (b) Cretney-Tsosie's claim for the relator's share (*i.e.* the percentage of the settlement amount any qualified relators are entitled to receive under 31 U.S.C. § 3730(d)). Pursuant to Local Rule 54-14, this Court retains jurisdiction over motions for reasonable attorneys' fees "following the entry of a final judgment or other order disposing of an action."

In the interest of judicial efficiency, Cretney-Tsosie and Creekside now jointly move to stay Relator Cretney-Tsosie's petition for reasonable attorneys' fees until the Court of Appeals for the Ninth Circuit has resolved any appeal Lepera has filed or may file of this Court's March 30, 2017 order. Lepera's appeal delays final resolution of this action. Once the Ninth Circuit has resolved Lepera's appeal, this Court may hear Cretney-Tsosie's claims for reasonable expenses necessarily incurred and reasonable attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d) and any claims or defenses by Genesis related to Cretney-Tsosie's petition for attorneys' fees or costs filed in connection with the action referenced in Paragraph B.1 of the Settlement Agreement. Following a final resolution of the appeal, Cretney-Tsosie and Creekside will notify the Court of the appellate disposition and submit a proposed schedule for Relator to file a petition for attorney's fees under Local Rule 54-14.

**WHEREFORE,** Plaintiff Relator Joanne Cretney-Tsosie and Defendants Creekside Hospice, et al., move this Honorable Court to:

A. Grant their Joint Motion to Stay the Petition for Attorney's Fees and Costs; and

B. Enter an order staying this case in its entirety until the Ninth Circuit's resolution of the Relator Veneta Lepera's appeal, Case Number 17-15894; and,

C. Award such other and further relied as the nature of this cause may require.

Dated: June 20, 2017

Respectfully submitted,

*Counsel for Defendants Creekside Hospice II, LLC, Creekside Home Care II, LLC, Skilled Healthcare Group, Inc. and Skilled Healthcare, LLC.*

/s/ Kathleen McDermott
Kathleen McDermott (*pro hac vice*)
*Attorney in Charge*
Howard Young (*pro hac vice*)
Lucas Elliot (*pro hac vice*)
Clayton Morton (*pro hac vice*)
John Cosgriff (*pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T 202.739.3000 | F 202.739.3001
Email: kmcdermott@morganlewis.com

Charles H. McCrea (SBN #104)
HEJMANOWSKI & MCCREA LLC
520 S. 4th St., Ste. 320
Las Vegas, NV 89101
T 702.834.8777 | F 702.834.5262
Email: chm@hmlawlv.com

*Counsel for the Relator*

L. Timothy Terry (NV Bar #2341)
tim@theterrylawfirm.com
The Terry Law Firm, Ltd.
102 N. Curry Street
Carson City, NV 89703
775.291.9071

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: June 22, 2017

Steven Cohen (*pro hac vice*)
scohen@cohenlawgroup.com
Cohen Law Group
70 West Madison Street, Suite 4000
Chicago IL 60602
312.327.8800

Matthew J. Piers (*pro hac vice*)
mpiers@hsplegal.com
Joshua Karsh (*pro hac vice*)
jkarsh@hsplegal.com
Juliet Berger-White (*pro hac vice*)
jberger-white@hsplegal.com
Caryn Lederer
clederer@hsplegal.com
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
312.580.0100
By: /s/  Juliet Berger-White
Attorneys for Plaintiff/Relator Joanne Cretney-Tsosie