L. Timothy Terry (NV Bar #2341)
tim@theterrylawfirm.com
The Terry Law Firm, Ltd.
102 North Curry Street
Carson City, NV 89703
775.291.9071

Steven Cohen (*admitted pro hac vice*)
scohen@cohenlawgroup.com
Cohen Law Group
70 West Madison Street, Suite 4000
Chicago IL 60602
312.327.8800

Matthew J. Piers (*admitted pro hac vice*)
mpiers@hsplegal.com
Joshua Karsh (*admitted pro hac vice*)
jkarsh@hsplegal.com
Juliet Berger-White (*admitted pro hac vice*)
jberger-white@hsplegal.com
Caryn C. Lederer (*admitted pro hac vice*)
clederer@hsplegal.com
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, IL 60602
312.580.0100

*Attorneys For Plaintiff/Relator Joanne Cretney-Tsosie*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOANNE CRETNEY-TSOSIE; and STATE OF NEVADA, ex rel. JOANNE CRETNEY-TSOSIE; and JOANNE CRETNEY-TSOSIE, individually.<br><br>Plaintiffs,<br><br>vs.<br><br>SKILLED HEALTHCARE GROUP, INC., *et al.*,<br><br>Defendants.<br>AND ALL RELATED ACTIONS | Case No. 2:13-cv-00167-APG-PAL<br><br>**JOINT MOTION FOR ENTRY OF RULE 58 FINAL JUDGMENT** |

Plaintiff/Relator Joanne Cretney-Tsosie ("Relator Cretney-Tsosie"), the United States of America, and Defendants Creekside Hospice II, LLC, Skilled Healthcare Group, Inc., and Skilled Healthcare, LLC ("Defendants") (collectively, the "parties"), by counsel, move for entry of an order of final judgement under Rule 58 of the Federal Rules of Civil Procedure.

**I.     Argument**

On June 20, 2017, the parties submitted a Joint Stipulation of Dismissal, Dkt. 198, under Federal Rule of Procedure 41(a), pursuant to the June 9, 2017 Settlement Agreement executed by the United States, Relator, and Genesis Healthcare, Inc. ("the Settlement Agreement"). On June 21, 2017, this Court entered an Order of dismissal. Dkt. 200. The Court's Order of June 21, 2017 was a final resolution of all merits claims in this litigation. *Id.*

On June 20, 2017, Relator Cretney-Tsosie and Defendants, jointly moved to stay the deadline for Relator's petition for attorneys' fee and costs under Local Rule 54-14 pending the Court of Appeals for the Ninth Circuit resolution of Relator Veneta Lepera's appeal of this Court's March 30, 2017 Order. Dkt. 198. On June 22, 2017, this Court granted the motion to stay. Dkt. 201.

The parties now request that this Court enter an order of final judgment pursuant to Federal Rule of Civil Procedure Rule 58. Rule 58(a) provides that "every judgment . . . must be set out in a separate document," subject to exceptions not applicable here. Under Rule 58(d) a "party may request that judgment be set out in a separate document as required by Rule 58(a). Entry of a final judgment shall not affect this Court's limited retention of jurisdiction, as set forth in this Court's June 21, 2017 Order (Dkt. 200), or the stay of the deadline for Relator Cretney-Tsosie to file a petition for attorney's fees and costs, as set forth in this Court's June 22, 2017 Order (Dkt. 201).

**WHEREFORE**, Relator Cretney-Tsosie, the United States of America, and Defendants move this Honorable Court to:

A. Order a final judgment be entered as a separate document under Rule 58;

B. Award any other relief the Court deems proper.

Dated: June 30, 2017

Respectfully submitted,

*Counsel for Plaintiff/Relator*
*Joanne Cretney-Tsosie*

IT IS SO ORDERED.

*/s/ Juliet Berger-White*

_____

L. Timothy Terry (NV Bar # 2341)
tim@theterrylawfirm.com
The Terry Law Firm, Ltd.
102 North Curry Street
Carson City, NV 89703
775.291.9071

UNITED STATES DISTRICT JUDGE

DATED: 6/30/2017

Matthew J. Piers *(Admitted Pro Hac Vice)*
mpiers@hsplegal.com
Joshua Karsh *(Admitted Pro Hac Vice)*
jkarsh@hsplegal.com
Juliet Berger-White *(Admitted Pro Hac Vice)*
jberger-white@hsplegal.com
Caryn C. Lederer (*Admitted Pro Hac Vice)*
clederer@hsplegal.com
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
312.580.0100

Steven Cohen *(Admitted Pro Hac Vice)*
scohen@cohenlawgroup.com
Cohen Law Group
70 West Madison Street, Suite 4000
Chicago IL 60602
312.327.8800

*Counsel for Plaintiff*

Chad A. Readler
Acting Assistant Attorney General
Steven W. Myhre
Acting United States Attorney

*/s/ Roger Wenthe*
Roger Wenthe
Assistant United States Attorney

Michael D. Granston
Andy Mao
Michael Podberesky
Attorneys, Civil Division

*Counsel for Defendants Creekside Hospice II, LLC, Creekside Home Care II, LLC, Skilled Healthcare Group, Inc. and Skilled Healthcare, LLC.*

*/s/ Kathleen McDermott*
Kathleen McDermott (*pro hac vice*)
*Attorney in Charge*
Howard Young (*pro hac vice*)
Lucas Elliot (*pro hac vice*)
Clayton Morton (*pro hac vice*)
John Cosgriff (*pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T 202.739.3000 | F 202.739.3001
Email: kmcdermott@morganlewis.com

Charles H. McCrea (SBN #104)
HEJMANOWSKI & MCCREA LLC
520 S. 4th St., Ste. 320
Las Vegas, NV 89101
T 702.834.8777 | F 702.834.5262
Email: chm@hmlawlv.com