# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, ex rel. Joanne Cretney-Tsosie<br><br>　　　　　　Plaintiffs,<br>v.<br>Creekside Hospice II, LLC, Skilled Healthcare Group, Inc., and Skilled Healthcare, LLC<br>　　　　　　Defendants. | Attorney Fees<br>JUDGMENT IN A CIVIL CASE<br><br>Case Number: 2:13-cv-00167-APG-PAL |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered for attorneys' fees and costs in favor of Relator Cretney-Tsosie against Creekside Hospice II, LLC, Skilled Healthcare Group, Inc., and Skilled Healthcare, LLC in the amount of $915,431.82.

| | |
|---|---|
| September 17, 2018<br>Date | DEBRA K. KEMPI<br>Clerk<br><br>/s/ J. Matott<br>Deputy Clerk |