L. Timothy Terry (NV Bar #2341)
tim@theterrylawfirm.com
The Terry Law Firm, Ltd.
102 N. Curry Street
Carson City, NV 89703
775.291.9071

Steven Cohen *(admitted pro hac vice)*
scohen@cohenlawgroup.com
Cohen Law Group
70 West Madison Street, Suite 4000
Chicago IL 60602
312.327.8800

Matthew J. Piers *(admitted pro hac vice)*
mpiers@hsplegal.com
Joshua Karsh *(admitted pro hac vice)*
jkarsh@hsplegal.com
Juliet Berger-White *(admitted pro hac vice)*
jberger-white@hsplegal.com
Caryn C. Lederer (*admitted pro hac vice*)
clederer@hsplegal.com
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, IL 60602
312.580.0100
*Attorneys For Plaintiff/Relator Joanne Cretney-Tsosie*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOANNE CRETNEY-TSOSIE., <br><br> Plaintiffs, <br><br> v. <br><br> CREEKSIDE HOSPICE II, LLC, SKILLED HEALTHCARE GROUP INC. and SKILLED HEALTHCARE, LLC, <br><br> Defendants. | Case No.: 2:13-cv-00167-APG-PAL (Consolidated Case) <br><br> **RELATOR CRETNEY-TSOSIE'S DISCHARGE AND SATISFACTION OF JUDGMENT ENTERED SEPTEMBER 17, 2018** |

1

On September 17, 2018, this Court entered judgment in favor of Plaintiff/Relator Cretney-Tsosie for attorneys' fees and costs in the amount of $915,431.82, against Defendants Creekside Hospice II, LLC, Skilled Healthcare Group, Inc., and Skilled Healthcare, LLC, (collectively, "Defendants") (Dkt. No. 221) (the "Judgment Order").  Plaintiff/Relator Cretney-Tsosie and her attorneys Hughes Socol Piers Resnick & Dym Ltd., Cohen Law Group, and The Terry Law Firm, Ltd., having received from Defendants the sum agreed to by the parties in settlement of the Judgment Order, in full satisfaction of the Judgment Order, hereby discharge and release the Judgment Order against all Defendants.

Dated: November 12, 2018                                          By:     /s/____Juliet Berger-White_____

| | |
|---|---|
| L. Timothy Terry (NV Bar # 2341) | Matthew J. Piers *(Admitted Pro Hac Vice)* |
| tim@theterrylawfirm.com | mpiers@hsplegal.com |
| The Terry Law Firm, Ltd. | Joshua Karsh *(Admitted Pro Hac Vice)* |
| 102 N. Curry Street | jkarsh@hsplegal.com |
| Carson City, NV 89703 | Juliet Berger-White *(Admitted Pro Hac Vice)* |
| 775.291.9071 | jberger-white@hsplegal.com |
| | Caryn C. Lederer *(Admitted Pro Hac Vice)* |
| Steven Cohen *(Admitted Pro Hac Vice)* | clederer@hsplegal.com |
| scohen@cohenlawgroup.com | Hughes Socol Piers Resnick & Dym, Ltd. |
| Cohen Law Group | Three First National Plaza |
| 70 West Madison Street, Suite 4000 | 70 West Madison Street, Suite 4000 |
| Chicago IL 60602 | Chicago, Illinois 60602 |
| 312.327.8800 | 312.580.0100 |

*Attorneys for Plaintiff/Relator*
*Joanne Cretney-Tsosie*

**CERTIFICATE OF SERVICE**

I certify that on the date shown, a true and correct copy of the foregoing document was filed with the Court using the Court's CM/ECF system and was served upon each attorney of record via ECF notification.

Dated:  November 12, 2018

By:     */s/____Juliet Berger-White_____*
        One of the Attorneys for Plaintiff/Relator Joanne Cretney-Tsosie